UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,        CASE NO. 4:2025cr00286

vs

MARVELL LLOYD.

_____/

## MOTION TO CONTINUE ARRAIGNMENT AND DETENTION HEARING

Now Comes the Defendant, Marvell Lloyd, by and through his attorney, Steven Scharg, and respectfully requests a continuance of the Arraignment and Detention Hearing for the following reason:

1. Defendant has been detained since July 10, 2025 after being arrested on the warrant for this case in the City of Miami, State of Florida.

2. Defendant was arraigned on the warrant and consented to his identification as well as detention in the United States District Court Southern District of Florida.

3. Since then, undersigned counsel has been admitted pro hac vice to represent Defendant in this matter and an Appearance has been filed.

4. Undersigned counsel was advised today that Defendant was transferred to St. Louis and will be arraigned before this Honorable Court tomorrow.

5. Undersigned counsel has a conflict with other cases previously scheduled and would not be able to be present and is respectfully requesting a continuance until Monday, July 28, 2025 at 1:00 p.m.

6. Undersigned counsel has contacted Assistant United States Attorney, Angie Danis, who has no objection to the continuance of the Arraignment and Detention Hearing.

WHEREFORE, Defendant, Marvell Lloyd respectfully requests a continuance of his Arraignment and Detention Hearing so his counsel may be present.

Respectfully submitted,

/s/Steven Scharg
STEVEN SCHARG P43732
Attorney for Defendant
615 Griswold Street, Suite 1120
Detroit, Michigan 48226
(313) 962-4090
(313) 300-0214
Scharg1924@gmail.com

Dated: July 24, 2025

# CERTIFICATE OF SERVICE

I hereby certify that I served Assistant United States Attorney, Angie Danis with a copy of this motion by e-filing with the Court.

                                                Respectfully submitted,

                                                /s/Steven Scharg
                                                STEVEN SCHARG P43732
                                                Attorney for Defendant
                                                615 Griswold Street, Suite 1120
                                                Detroit, Michigan 48226
                                                (313) 962-4090
                                                (313) 300-0214
                                                Scharg1924@gmail.com

Dated:  July 24, 2025