RECEIVED
AUG 25 2025
BY MAIL

Earl Banks III
8-20-2025

Dear Honorable Judge Henry Autrey

My name is Earl Banks III I am a resident of Detroit, MI who is coming before you very soon for a Bond hearing. The reason im writing a letter today your honor is because I want you to hear me out as I plead my case asking you to consider letting me out on Bond / GPS ankle monitor because Pre-Trial services got alot of things wrong about me. Me being a defendent I only get to do so much talking if any in the courtroom. Im hoping this letter will allow you to see the stand up citizen that I truly am instead of you Just accepting the way Pre-Trial is trying to make me look like. I am a 33 year old ~~mate~~ African American male who will be 34 in October. I have 2 sons Earl the 4th who is 9 years old and Amir who is 5 years old. I fully support both kids daily

and share custody with both of there mothers. My 5 year old was diagnosed with Autism last year so he requiers alot of assistance from me and his mother. I also support my own mother and step father who have been married for over 20 years. My mother has blood transfusions once a month and see's her primary care doctor weekly. My step father has a broken hip and needs help walking some days because of the pain from his hip on top of being overweight. I see to it that both my parents get to their Doctor Appointments every week. I have also been employed as an Independent Contractor for Detroit News since 2013 and still employed to this very day. I work 4 nights a week Thursday - Sunday from hours of 12:00 am midnight and I usually finish about 10:00 am. My girlfriend who I have been with almost 5 years in December Just started an Independent Box Truck Company called Major league trucking LLC. She currently owns 1 truck and

I am Independent contracting for her buisness as well doing deliveries for different Companies such as Amazon and Auto part stores, basically whoever we get contracted by. My girlfriend mother was diagnosed with Dementia back in 2021 and she has been living with us for the past few years because she can no longer take care of herself or live alone. So me and my girl take turns thru out the days and week watching over her mother with our busy schedules. My 9 year old son is in school now again and his mother work Monday-Friday from 9am to 5:30 pm. So Im responsible for getting him from school doing homework and getting him to his practices and games because he play baseball, football and is on a Swim team. I also am a Volunteer assitant coach on each team. We are a church going family we attend Church on Sundays from 11am-1pm with my Pastor Frank Reed at Ferndale Assembly of God at 1221 w 9mile rd Ferndale, MI 48220. We have been attending this church since March of 2023. When it comes to my criminal history I realize I have made some mistakes in my past that I wish I could take back. Im not proud of it and my actions cost me my freedom, money and time away from my son who was 1 years old at the time when I was picked up. One thing I can say is I have never been

sentenced to any prison time. Every charge that I took pleas on I recieved probation on and I never violated any of my probation terms, never failed any drug test ever. One of my prior charges is an escape charge for taking a GPS monitor off my leg back in 2015. I am guilty of that and I sat in Jail for over 6 months and took a 1 year probation plea for that. I know that is not a good look on me your honor but I'm here to tell you I've done all the running im going to do in my life. When I got that escape charge I was a 24 year old young immature adult with no children and no responsibilities. Fast Forward 10 years later I own my own home I have 2 sons 2 dogs at home a girlfriend who I hope to marry in the future with a sick mother who lives with us. I have a sick mother & father that im also supporting. I have to much to lose from running from these charges and I will not leave my family stuck in the blind like that they all need my help. In Conclusion im trying to prove to you that I am not a danger to my community or any community. Im more then willing to surrender my passport and pay for supervision fees and the ankle monitor weekly or monthly. Im willing to take random drug test if need be. Im asking for a chance to be released on ankle monitor to at least be able to get my household together Just in case I do have to do

time for these charges. I want to be able to notify my Job that I will be away for sometime. I want to be able to help my mother & stepfather and my girlfriend mother get the assistance they will need while im gone. I want to make sure my 5 year old Autistic son get all the support he needs. I want to be able to look my 9 year old son in his eyes and explain to him why I have to go away and make sure he knows and understand why and to never break the law. I Just would like a chance to get my affairs in order so my family will be in the best position in case I go away to prison. I have employment I have a family that relies on me daily, if you bless me with the luxury and oppurtunity to get a bond/ankle monitor I can guarantee you will not regret your decision. Hopefully you took time out your busy day to read my words and I pray you take my wishes into consideration Thank you for your time and I'll see you soon in court.

Earl Banks III
5 Basler Dr.
Ste. Gen 63670

**RECEIVED**

**AUG 25 2025**

**BY MAIL**

SAINT LOUIS MO 630
MAILED FROM
22 AUG 2025 AM 6 L
STE GENEVIEVE CO
DETENTION CENTER



FOREVER / USA

Henry E. Autrey
111 South 10th St
St Louis, MO 63102
Courtroom #10 North

63102-112599