IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:25-CR-00286 HEA-PLC |
| ) | |
| JIMMY MAJEAU, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S OPPOSITION TO GOVERNMENT'S
MOTION TO REVIEW MAGISTRATE'S RELEASE ORDER**

COMES NOW Defendant, by and through is attorney Chris Dulle of The Dulle Law Firm, LLC, and in support of the Defendant's Opposition to the Government's Motion to Review Magistrate's Release Order, states as follows:

1. The Defendant, Jimmy Majeau, is charged is one count of Conspiracy to Distribute Five Kilograms or More of Cocaine and one count of Conspiracy to Commit Money Laundering, for which he faces a term of imprisonment from ten years to life, if convicted;

2. The Government states is it "unaware of any evidence that rebuts the presumption in favor of detention in this case." Further, the Government lays out the standard and reiterates "there is no evidence that rebuts the presumption of detention." However, this very clearly disregards Judge Bristow's analysis. The Court, over two separate dates, listened to and engaged with counsel for both sides regarding their arguments for and against detention, ultimately determining "that the defense has rebutted the presumption in terms of risk of flight and danger to the community." (Detention Hearing transcript, 7/11/25, P14, L3).

3. Judge Bristow heard argument that Mr. Majeau was initially questioned about this case in September, 2024, meaning he has known about this case since that time, but has not

chosen to sever ties with his community and flee. As the Court stated: "In the intervening nine months, he has not fled, despite knowing that he was the target of an investigation and at a minimum, knew that the Government was holding him accountable for serious criminal activity. He may not have known the specific charges that would be filed against him, but he knew the relative nature." (Detention Hearing transcript, 7/11/25, P19, L1).

4. The Court also heard evidence regarding Mr. Majeau's criminal history, but states his prior criminal history is, for the most part, beyond ten years old, and agreeing with Defense Counsels suggestions that it is "dated."

5. Judge Bristow ordered Mr. Majeau released upon posting a substantial bond in the amount of $450,000 as follows: $50,000 in the form of an appearance bond supported by an affidavit of surety without justification, signed by the defendant's wife Diane Tiscareno in the amount of $10,000; the defendant's mother, Anna Maldonado in the amount of $15,000; the defendant's business partner Sigrid Lopez in the amount of $15,000; and the defendant's business partner Carl Mandoyan in the amount of $10,000. The Court also Ordered an affidavit of sureties with justification and full deeding of property for two proffered parcels of real property: the home of Anna Maldonado in the amount of $200,000 and the home of Sigrid Lopez also in the amount of $200,000. In it's analysis, the Court stated "the defendant has proffered significant bond resources, including two separate pieces of property for purposes of a secured bond." (Detention Hearing transcript, 7/11/25, P16, L1).

6. The Court also set conditions of release, including that the Defendant submit to supervision by the US Pretrial Office, surrender his passport, adhere to travel restrictions, participate in location monitoring, maintain employment, refrain from using illegal drugs, and that he is on home detention.

7. The Court determined, after discussion and analysis "that there are conditions that can reasonably assure both the defendant's appearance at further proceedings, as well as the safety of the community based on the conditions that have been proffered by the defense in this matter." (Detention Hearing transcript, 7/11/25, P24, L6).

## CONCLUSION

8. Based upon the foregoing, the Defense respectfully requests the Court enter and Order denying the Government's Motion for Detention and Upholding Judge Barstow's Order Releasing Mr. Majeau.

> By /s/ Chris Dulle #58900MO
> Attorney for Defendant
> 222 S. Meramec Ave., Suite 203
> Clayton, Missouri  63105
> (314) 384-4000
> (314) 787-9587 - fax
> chris.dulle@gmail.com

A copy of the foregoing has been filed in accordance with the ECF system in accordance with the rules of same on this 29th day of August, 2025

> /s/ Chris Dulle